**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 578 EAL 2014
:
                  Petitioner     :
                                   : Petition for Allowance of Appeal from the
                                   : Order of the Superior Court
        v.               :
:
:
:
CHRISTOPHER TISDALE,        :
:
                  Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.